**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Steven F. Foreman v. Jessie P. Foreman

Appellate case number:   01-20-00589-CV

Trial court case number:  2018-56778

Trial court:            270th District Court of Harris County

Appellant, Steven F. Foreman, has filed a motion with our Court requesting that we order the court reporter to correct and supplement the reporter's record. Appellant also seeks an extension of time to file his brief until after the reporter's record has been filed. Appellant's request for supplementation of the reporter's record may be made to the court reporter without an order by this Court. *See* TEX. R. APP. P. 34.6(d) ("If anything relevant is omitted from the report's record, the trial court, the appellate court, or any party may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items."); *see also* TEX. R. APP. P. 34.6(a), (b). Accordingly, appellant's motion for this Court to order the court reporter to correct and supplement the record is **denied**. Further, from a review of our records, it appears that the appellate record is not complete because the reporter's record has not been filed. *See* TEX. R. APP. P. 34.1, 34.6(a). Appellant's motion for extension of time to file his brief is **denied as moot** because appellant's brief is not due until the appellate record is complete. *See* TEX. R. APP. P. 38.6(a)(2).

It is so ORDERED.

Judge's signature: _____/s/ Sherry Radack_____
                   Acting individually

Date: _____December 10, 2020_____